Ruth Koehl, Individually and as Guardian ad Litem of Sharon Laufer, Respondent, v. Milton Laufer, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present— Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

Marie La Russo, Individually and as Administratrix of the Estate of Anthony M. Paladino, Deceased, et al., Appellants, v. Patrick Paladino et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present— Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See 280 App. Div. 988.]

William J. Ludovici, Respondent, v. George F. Trommer, Appellant, et al., Defendants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present— Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See ante, p. 705.]

National Ribbon Corporation, Respondent, v. Jack Strauss, Doing Business under the Name of Allied Recording Products Co., Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present— Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

Charlotte A. Newcomb, Appellant, v. Kenneth T. Newcomb, Respondent. (Consolidated appeals.) — Motions referred to the court that rendered the decision. Present— Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. (No. 35.) Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. (No. 40.) Motion for leave to appeal to the Court of Appeals denied. Present— Nolan, P. J., Carswell, Wenzel and MacCrate, JJ. [See ante, p. 689.]

Thomas A. Paretta, Doing Business under the Name of Thomas A. Paretta Co., Appellant, v. White Acres Realty Corp. et al., Respondents.— Motion referred to the court that rendered the prior decision. Present— Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. Motion for reargument and for other relief denied, without costs. Present— Nolan, P. J., Carswell, Wenzel and MacCrate, JJ. [See 280 App. Div. 998; ante, pp. 691, 697.]

Ferdinand Reineking, Respondent, v. Rachelle L. Garbat, Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present— Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.